No. _ _ _ _ _ _ _ _ _

FILED

SEP 1 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

7: 1 8 CR - 0 0 2 0 7 DAD BAM

## THE UNITED STATES OF AMERICA
*vs.*

DENIS BARRERA-PALMA, aka, "Gunner,'
MARIO ALEXANDER GARCIA,
aka , "Ton,"
FRANCISCO LIZANO,
aka, "Activio,"
aka, "Javi,"
JEFFERSON GUEVARA, aka, "Chino,"
EVER MEMBRENO, aka, "Canecho,"
EDGAR TORRES-AMADOR,
LORENZO AMADOR, aka, "Catracho,"
JOSE WILSON NAVARETTE-MENDEZ,
aka, "Wilson,"
DENIS RODOLFO ALFARO-TORRES, aka, "Payin,"
SANTOS BONILLA, aka, "Cuervo,"
HENRY ROGELIO LARA BONILLA, aka, "Repollo,"
aka, "Repollin,"
CHRISTIAN ELISEO HIDALGO REYES, aka, "Guero,"
aka, "Huero" aka, "Werito," aka, "White Boy,"
MARVIN VILLEGAS-SEGOVIA,
aka, "Chaparro,"
BRENDA YAJAIRA MORALES, aka, "Yari,"
CLAUDIA ELIZABETH LIZAOLA, aka, "Maniaka"
OSCAR ANTONIO REYES, aka, "Tamagas"

# I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1959(a)(3) and 2 – Assault with a Dangerous Weapon in Aid of Racketeering (Count 1);
18 U.S.C. § 1959(a)(6) – Conspiracy to Commit Assault With A Dangerous Weapon in Aid of Racketeering (Count 2)
21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to
Distribute Methamphetamine, Cocaine and Marijuana (Count 3);
18 U.S.C. § 922(g)(5)(A) – Alien in Possession of a Firearm (Counts 4 and 5)

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ |⟋⟍| _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ *. A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, S* _ _ _ _ _ _ _ _ _ _ _ NO BAIL WARRANT $A$5 $to$ $\Delta$'s $LORENZO$ $AMADOR$ $\&$
AS PREVIOUSLY SET $A$5 $to$ $ALL$ $others$     $Jefferson$
$GUEVARA$

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT     ☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
Denis Barrera-Palma aka "Gunner"

Address {

Birth Date    ☒ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complaint Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO. 1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM     Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes   If "Yes," give date filed
☐ No

Mo.    Day    Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

Mo.    Day    Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED: NEXT COURT DATE SEPTEMBER 13, 2018



PENALTY SLIP


**DEFENDANT:**   Denis Barrera-Palma


**COUNT ONE:**   Assault with a Dangerous Weapon in Aid of
                 Racketeering.

   **VIOLATION:**   18 U.S.C. § 1959(a)(3)

   **PENALTY:**     20 years imprisonment
                    $250,000 fine
                    3 years of supervised release
                    $100 special assessment

**COUNT THREE:** Conspiracy to Distribute and Possess with
                 Intent to Distribute Controlled
                 Substances.

   **VIOLATION:**   21 U.S.C. §§ 846, 841(a)(1)


   **PENALTY:**     20 years imprisonment
                    $1,000,000 fine
                    3 year minimum supervised release, life
                    maximum
                    $100 special assessment

**\_\_ YES: SAB conflict in USAO (before 01/01/13)   \_\_\_YES: SKO conflict in USAO (Before 4/12/10)** PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY   ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING: Case No.

| Name of District Court, and/or Judge/Magistrate Judge Location (City) |

### OFFENSE CHARGED
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

**DEFENDANT – – U.S. vs.**
Mario Alexander Garcia aka "Ton"

Address {

Birth Date {

☒ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP   ☐ 20   ☐ 21   ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person
Furnishing Information on
THIS FORM        Maria G. Robles

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)        KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

### DEFENDANT
**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
☐ No

DATE OF ARREST
Or . . . if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

Mo.   Day   Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

_KASz_
AUSA INITIALS

PENALTY SLIP

**DEFENDANT:**    Mario Garcia-Villanueva

**COUNT THREE:** Conspiracy to Distribute and Possess with
                Intent to Distribute Controlled
                Substances.

   **VIOLATION:**    21 U.S.C. §§ 846, 841(a)(1)

   **PENALTY:**      20 years imprisonment
                    $1,000,000 fine
                    3 year minimum supervised release, life
                    maximum
                    $100 special assessment

AO 257
(Rev. 9/92) __ YES: SAB conflict in USAO (before 01/01/13) ___YES: SKO conflict in USAO (Before 4/12/10)  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

| Name of District Court, and/or Judge/Magistrate Judge Location (City) |
| --- |

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT    ☐ Petty

    ☐ Minor

    ☐ Misdemeanor

    ☒ Felony

| Place of offense | U.S.C. Citation |
| --- | --- |
| Fresno County | Please see Indictment |

**DEFENDANT** – – U.S. vs.
Francisco Lizano aka "Active" aka "Javi"

Address {

Birth Date {  ☒ Male  ☐ Alien
    ☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
}  SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
    MAGISTRATE JUDGE CASE NO.
    1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
    THIS FORM    Maria G. Robles

    ☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

### DEFENDANT
**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  If "Yes," give date filed
    ☐ No
    Mo.    Day    Year
**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
    Mo.    Day    Year
**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

PENALTY SLIP

DEFENDANT:    Francisco Lizano

COUNT THREE: Conspiracy to Distribute and Possess with
             Intent to Distribute Controlled
             Substances.

    VIOLATION:    21 U.S.C. §§ 846, 841(a)(1)

    PENALTY:      20 years imprisonment
              $1,000,000 fine
              3 year minimum supervised release, life
              maximum
              $100 special assessment

COUNT FOUR:  Alien in possession of a firearm.

    VIOLATION:    18 U.S.C. § 922(g)(5)(A)

    PENALTY:      10 years imprisonment
              $250,000 fine
              3 year minimum supervised release, life
              maximum
              $100 special assessment

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT                    ☐ Petty

                                         ☐ Minor

                                         ☐ Misdemeanor

                                         ☒ Felony

Place of offense          U.S.C. Citation
Fresno County             Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
Jefferson Guevara aka "Chino"

Address

Birth Date                ☒ Male      ☐ Alien
                          ☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI: Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP  ☐ 20   ☐ 21   ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:          SHOW
    ☐ U.S. Att'y   ☐ Defense                          DOCKET NO.
☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under        MAGISTRATE JUDGE CASE NO.
                                                                       1:18-mj-150 SKO

Name and Office of Person
Furnishing Information on
    THIS FORM              Maria G. Robles

                ☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)        KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

### DEFENDANT
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes    If "Yes," give date filed
                           ☐ No

DATE OF          Mo.      Day      Year
ARREST

Or . . . if Arresting Agency & Warrant were not Federal

                 Mo.      Day      Year
DATE TRANSFERRED
TO U.S. CUSTODY  ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Please issue no bail warrant


AUSA INITIALS

PENALTY SLIP

**DEFENDANT:**   Jefferson Guevara

**COUNT THREE: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.**

   VIOLATION:      21 U.S.C. §§ 846, 841(a)(1)

   PENALTY:        20 years imprisonment
                   $1,000,000 fine
                   3 year minimum supervised release, life maximum
                   $100 special assessment

AO 257
(Rev. 9/92) __ YES: **SAB conflict in USAO (before 01/01/13)** ___YES: **SKO conflict in USAO (Before 4/12/10)** PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

| Name of District Court, and/or Judge/Magistrate Judge Location (City) |

### OFFENSE CHARGED
Please see Indictment

PLEASE SEE INDICTMENT
    ☐ Petty
    ☐ Minor
    ☐ Misdemeanor
    ☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

**DEFENDANT** – – U.S. vs.
Ever Membreno aka "Canecbo"

Address

Birth Date
☒ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

SHOW
DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM    Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes    If "Yes," give date filed
☐ No

Mo.    Day    Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

Mo.    Day    Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED: NEXT COURT DATE SEPTEMBER 13, 2018


PENALTY SLIP

**DEFENDANT:**    Ever Membreno

**COUNT THREE:** Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.

   **VIOLATION:**    21 U.S.C. §§ 846, 841(a)(1)

   **PENALTY:**    20 years imprisonment
$1,000,000 fine
3 year minimum supervised release, life maximum
$100 special assessment

AO 257
(Rev. 9/92) __ YES: **SAB conflict in USAO (before 01/01/13)** __ YES: **SKO conflict in USAO (Before 4/12/10)** PER 18 U.S.C. 3170

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)

### OFFENSE CHARGED
Please see Indictment

PLEASE SEE INDICTMENT      ☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

**DEFENDANT** – – U.S. vs.
Edgar Torres-Amador

Address

| | | |
|---|---|---|
| Place of offense | U.S.C. Citation | |
| Fresno County | Please see Indictment | |

Birth Date    ☒ Male    ☐ Alien
     ☐ Female    (if applicable)

(Optional unless a juvenile)

---

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM     Maria G. Robles

☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes    If "Yes," give date filed
     ☐ No
     Mo.    Day    Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
     Mo.    Day    Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

_|CAS_
AUSA INITIALS

PENALTY SLIP

**DEFENDANT:**   Edgar Torres-Amador

**COUNT ONE:**   **Assault with a Dangerous Weapon in Aid of Racketeering.**

    **VIOLATION:**   18 U.S.C. § 1959(a)(3)

    **PENALTY:**   20 years imprisonment
$250,000 fine
3 years of supervised release
$100 special assessment

AO 257

(Rev. 9/92) __ YES: SAB conflict in USAO (before 01/01/13) ___YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
　　　　☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

| | |
|---|---|
| PLEASE SEE INDICTMENT | ☐ Petty |
| | ☐ Minor |
| | ☐ Misdemeanor |
| | ☒ Felony |

| Place of offense | U.S.C. Citation |
|---|---|
| Fresno County | Please see Indictment |

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT** – – U.S. vs.
Lorenzo Amador aka "Catracho"

Address {

Birth Date

☒ Male　　☐ Alien
☐ Female　　(if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW
DOCKET NO.

➤ MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM　　　　Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)　　KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
　　If not detained, give date any prior summons was served on above charges
2) ☒ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
　　If answer to (6) is "Yes," show name of institution

Has detainer been filed?　☐ Yes　If "Yes," give date filed
　　　　　　　　　　☐ No
　　　　　　　　Mo.　Day　Year

**DATE OF ARREST** ➤

Or . . . if Arresting Agency & Warrant were not Federal
　　　　　　　　Mo.　Day　Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

Please issue no bail warrant

YASL
AUSA INITIALS

**PENALTY SLIP**

**DEFENDANT:** Lorenzo Amador

**COUNT TWO:** Assault with a Dangerous Weapon in Aid of Racketeering.

    **VIOLATION:** 18 U.S.C. § 1959(a)(3)

    **PENALTY:** 20 years imprisonment
                $250,000 fine
                3 years of supervised release
                $100 special assessment

**COUNT THREE:** Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.

    **VIOLATION:** 21 U.S.C. §§ 846, 841(a)(1)

    **PENALTY:** 20 years imprisonment
                $1,000,000 fine
                3 year minimum supervised release, life maximum
                $100 special assessment

AO 257
(Rev. 9/92) __ YES: SAB conflict in USAO (before 01/01/13) ___YES: SKO conflict in USAO (Before 4/12/10) PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

| | |
|---|---|
| **OFFENSE CHARGED**<br>Please see Indictment | Name of District Court. and/or Judge/Magistrate Judge Location (City) |

PLEASE SEE INDICTMENT      ☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

**DEFENDANT – –** U.S. vs.
Jose Wilson Navarette-Mendez aka "Wilson"

Address

| | |
|---|---|
| Birth Date | ☐ Male     ☐ Alien |
| | ☐ Female    (if applicable) |

(Optional unless a juvenile)

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW
   ☐ U.S. Att'y ☐ Defense    DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under   ➤   MAGISTRATE JUDGE CASE NO. 1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM     Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
     If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
     If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes   If "Yes," give date filed   ☐ No
     Mo.    Day    Year

DATE OF ARREST ➤

Or . . . if Arresting Agency & Warrant were not Federal
     Mo.    Day    Year

DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018



PENALTY SLIP

**DEFENDANT:**   Jose Wilson Navarette-Mendez

**COUNT THREE:** Conspiracy to Distribute and Possess with
Intent to Distribute Controlled
Substances.

   **VIOLATION:**     21 U.S.C. §§ 846, 841(a)(1)

   **PENALTY:**       20 years imprisonment
$1,000,000 fine
3 year minimum supervised release, life
maximum
$100 special assessment

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

**DEFENDANT – – U.S. vs.**
Denis Rodolfo Alfaro-Torres aka "Payin"

Address

Birth Date

☐ Male        ☐ Alien

☐ Female      (if applicable)

(Optional unless a juvenile)

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM               Maria G. Robles

☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

**DEFENDANT**
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
☐ No

Mo.        Day        Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
Mo.        Day        Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED: NEXT COURT DATE SEPTEMBER 13, 2018


AUSA INITIALS

PENALTY SLIP


**DEFENDANT:**    Denis Alfaro-Torres


**COUNT THREE:** **Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.**

    **VIOLATION:**    21 U.S.C. §§ 846, 841(a)(1)

    **PENALTY:**    20 years imprisonment
$1,000,000 fine
3 year minimum supervised release, life maximum
$100 special assessment

AO 257
(Rev. 9/92) __ YES: SAB conflict in USAO (before 01/01/13) ___ YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

| Name of District Court. and/or Judge/Magistrate Judge Location (City) |

### OFFENSE CHARGED
Please see Indictment

PLEASE SEE INDICTMENT
- ☐ Petty
- ☐ Minor
- ☐ Misdemeanor
- ☒ Felony

**DEFENDANT – – U.S. vs.**
Santos Hamilton Bonilla aka "Cuervo"

Address

Birth Date

- ☐ Male   ☐ Alien
- ☐ Female   (if applicable)

(Optional unless a juvenile)

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW**
   ☐ U.S. Att'y ☐ Defense   **DOCKET NO.**
☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under   ➤
   **MAGISTRATE JUDGE CASE NO.**
   1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM   Maria G. Robles

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)   KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ➤
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
   If answer to (6) is "Yes." show name of institution

Has detainer been filed?   ☐ Yes   If "Yes."
   ☐ No   give date filed
   Mo.   Day   Year

**DATE OF ARREST** ➤

Or . . . if Arresting Agency & Warrant were not Federal
   Mo.   Day   Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

KA⅄

AUSA INITIALS

PENALTY SLIP

**DEFENDANT:**   Santos Hamilton Bonilla

**COUNT THREE: Conspiracy to Distribute and Possess with**
**Intent to Distribute Controlled**
**Substances.**

> **VIOLATION:**      21 U.S.C. §§ 846, 841(a)(1)

> **PENALTY:**        20 years imprisonment
> $1,000,000 fine
> 3 year minimum supervised release, life
> maximum
> $100 special assessment

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT      ☐ Petty

     ☐ Minor

     ☐ Misdemeanor

     ☒ Felony

Place of offense: Fresno County
U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT** – – U.S. vs.
Henry Rogelio Lara Bonilla aka "Repollo" aka "Repollin"

Address {

Birth Date {

☐ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM      Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)      KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?    ☐ Yes    If "Yes," give date filed
   ☐ No
     Mo.    Day    Year

DATE OF ARREST

Or . . . if Arresting Agency & Warrant were not Federal
     Mo.    Day    Year

DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

KAS&
AUSA INITIALS

PENALTY SLIP


**DEFENDANT:**   Henry Rogelio Lara Bonilla


**COUNT THREE:** Conspiracy to Distribute and Possess with
Intent to Distribute Controlled
Substances.

> **VIOLATION:**    21 U.S.C. §§ 846, 841(a)(1)


> **PENALTY:**      20 years imprisonment
> $1,000,000 fine
> 3 year minimum supervised release, life
> maximum
> $100 special assessment

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
Christian Eliseo Hidalgo Reyes aka "Guero" aka "Huero" aka "Werito" aka "White Boy"

Address {

Birth Date

☐ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kounan-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM          Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)          KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed

DATE OF ARREST
Mo. Day Year

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED: NEXT COURT DATE SEPTEMBER 13, 2018


AUSA INITIALS

## PENALTY SLIP

**DEFENDANT:**    Christian Eliseo Hidalgo Reyes

**COUNT THREE:** Conspiracy to Distribute and Possess with
                Intent to Distribute Controlled
                Substances.

    **VIOLATION:**    21 U.S.C. §§ 846, 841(a)(1)

    **PENALTY:**      20 years imprisonment
                 $1,000,000 fine
                 3 year minimum supervised release, life
                 maximum
                 $100 special assessment

__ YES: SAB conflict in USAO (before 01/01/13) ___YES: SKO conflict in USAO (Before 4/12/10)  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
Marvin Villegas-Segovia aka "Chaparro"

Address

Birth Date

☐ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW
DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM    Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

### DEFENDANT
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes
☐ No

If "Yes," give date filed

Mo.   Day   Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

Mo.   Day   Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

$KAS_2$
AUSA INITIALS

**PENALTY SLIP**

**DEFENDANT:** Marvin Villegas-Segovia

**COUNT THREE:** Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.

   **VIOLATION:** 21 U.S.C. §§ 846, 841(a)(1)

   **PENALTY:** 20 years imprisonment
   $1,000,000 fine
   3 year minimum supervised release, life maximum
   $100 special assessment

AO 257

(Rev. 9/92) __ **YES: SAB conflict in USAO (before 01/01/13)** ___**YES: SKO conflict in USAO (Before 4/12/10)** PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

PLEASE SEE INDICTMENT ☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

| Place of offense | U.S.C. Citation |
| Fresno County | Please see Indictment |

**DEFENDANT** – – U.S. vs.
Brenda Yajaira Morales aka "Yari"

Address

Birth Date

☐ Male ☐ Alien
☒ Female (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED: NEXT COURT DATE SEPTEMBER 13, 2018



**PENALTY SLIP**

**DEFENDANT:**    Brenda Yajaira Morales

**COUNT THREE: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.**

    VIOLATION:    21 U.S.C. §§ 846, 841(a)(1)

    PENALTY:    20 years imprisonment
              $1,000,000 fine
              3 year minimum supervised release, life
              maximum
              $100 special assessment

**COUNT FIVE:  Alien in possession of a firearm.**

    VIOLATION:    18 U.S.C. § 922(g)(5)(A)

    PENALTY:    10 years imprisonment
              $250,000 fine
              3 year minimum supervised release, life
              maximum
              $100 special assessment

AO 257
**(Rev. 9/92)** __ YES: **SAB conflict in USAO (before 01/01/13)** ___YES: **SKO conflict in USAO (Before 4/12/10)** PER 18 U.S.C. 3170

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

| | |
|---|---|
| **OFFENSE CHARGED**<br>Please see Indictment | Name of District Court, and/or Judge/Magistrate Judge Location (City) |

PLEASE SEE INDICTMENT
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT** – – U.S. vs.
Claudia Elizabeth Lizaola aka "Maniaka"

Address

| Place of offense | U.S.C. Citation |
|---|---|
| Fresno County | Please see Indictment |

Birth Date

☐ Male   ☐ Alien
☒ Female   (if applicable)

(Optional unless a juvenile)

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per
    FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges
    previously dismissed which
    were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending
    case involving this same defendant

SHOW
DOCKET NO.

☒ prior proceedings or appearance(s)
    before U.S. Magistrate Judge
    regarding this defendant were
    recorded under

MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO ➤

Name and Office of Person
Furnishing Information on
THIS FORM    Maria G. Robles

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)   KIMBERLY A. SANCHEZ

☒FORFEITURE ALLEGATION

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior
    summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer   ☐ Yes   If "Yes,"
been filed?              } give date
              ☐ No    filed
              Mo.   Day   Year

DATE OF
ARREST ➤

Or . . . if Arresting Agency & Warrant were not Federal
              Mo.   Day   Year

DATE TRANSFERRED
TO U.S. CUSTODY  ▷

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018



**AUSA INITIALS**

**PENALTY SLIP**

**DEFENDANT:**   Claudia Lizaola

**COUNT THREE:** Conspiracy to Distribute and Possess with
                Intent to Distribute Controlled
                Substances.

   **VIOLATION:**   21 U.S.C. §§ 846, 841(a)(1)

   **PENALTY:**     20 years imprisonment
                 $1,000,000 fine
                 3 year minimum supervised release, life
                 maximum
                 $100 special assessment

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
Oscar Antonio Reyes aka "Tamagas"

Address

Birth Date

☐ Male  ☐ Alien
☒ Female  (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

Special Agents Demmon-FBI; Kotman-HSI; Yetter-FBI-TFO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
JUDGE CASE NO.
1:18-mj-150 SKO

Name and Office of Person Furnishing Information on
THIS FORM                Maria G. Robles

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)     KIMBERLY A. SANCHEZ

☒ FORFEITURE ALLEGATION

---

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
       If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
       If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
                           ☐ No
                                  Mo.   Day   Year

DATE OF ARREST

Or . . . if Arresting Agency & Warrant were not Federal
                                  Mo.   Day   Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT DETAINED; NEXT COURT DATE SEPTEMBER 13, 2018

PENALTY SLIP

**DEFENDANT:** Oscar Antonio Reyes

**COUNT THREE:** Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.

   VIOLATION:    21 U.S.C. §§ 846, 841(a)(1)

   PENALTY:    20 years imprisonment
$1,000,000 fine
3 year minimum supervised release, life maximum
$100 special assessment