McGREGOR W. SCOTT
Acting United States Attorney
KIMBERLY A. SANCHEZ
ROSS PEARSON
ANGELA SCOTT
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

MARIANNE SHELVEY
Trial Attorney
Organized Crime and Gang Section
Criminal Division

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002 LJO |
| Plaintiff, | NOTICE OF RELATED CASES |
| v. | |
| JOHN DOE, <br>    AKA, "HENRY CASTRO," and <br> ISRAEL GOMEZ, <br>    AKA, "PIRRA," | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00092 LJO |
| Plaintiff, | NOTICE OF RELATED CASES |
| v. | |
| LUIS REYES-CASTILLO, <br>    AKA, "MOLESTO," <br> JOSE AUDON BARRERA-REYES, and <br> NILSON HERNANDEZ, | |

1

```
UNITED STATES OF AMERICA,            ) CASE NO. 1:18-CR-00207 DAD-BAM
                                     )
                   Plaintiff,        )
                                     )
       v.                            )
                                     )
DENIS BARRERA-PALMA,                 )
       Aka, "Gunner,'                )
2) MARIO ALEXANDER GARCIA,           )
       Aka, "Ton,"                   )
3) FRANCISCO LIZANO,                 )
       Aka, "Activo,"                )
       Aka, "Javi,"                  )
4) JEFFERSON GUEVARA,                )
       Aka, "Chino,"                 )
5) EVER MEMBRENO,                    )
       Aka, "Canecho,"               )
6) EDGAR TORRES-AMADOR,              )
7) LORENZO AMADOR,                   )
       Aka, "Catracho,"              )
8) JOSE WILSON NAVARETTE-MENDEZ,     )
       Aka, "Wilson,"                )
9) DENIS rodolfo ALFARO-TORRES,      )
       Aka, "Payin,"                 )
10) SANTOS HAMILTON BONILLA,         )
       Aka, "Cuervo,"                )
11) HENRY ROGELIO LARA BONILLA,      )
       Aka, "Repollo,"               )
       Aka, "Repollin,"              )
12) CHRISTIAN ELISEO HIDALGO         )
REYES,                               )
       Aka, "Guero,"                 )
       Aka, "Huero,"                 )
       Aka, "Werito,"                )
       Aka, "White Boy,"             )
13) MARVIN VILLEGAS-SEGOVIA,         )
       Aka, "Chaparro,"              )
14) BRENDA YAJAIRA MORALES,          )
       Aka, "Yari,"                  )
15) CLAUDIA ELIZABETH LIZAOLA,       )
       Aka, "Maniaka"                )
16) OSCAR ANTONIO REYES,             )
       Aka, "Tamagas"                )
                                     )
                                     )
```

Pursuant to Local Rule 123(a)(1)-(4), the government notifies the Court and counsel that the above-captioned matters are related. Each of the cases involve charges alleging racketeering offenses committed in furtherance of the same MS-13 enterprise. Additionally, 1:18-CR-

2

00207 DAD-BAM involves charges supported by a pool of evidence that includes wiretap communications intercepted pursuant to several court orders issued under seal by the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge. Evidence obtained from the wiretaps also provides additional evidence of the MS-13 enterprise alleged in each of the cases.

As such, each of the cases involve crossover in parties and transactions, and/or the same question of law with respect to the validity of one or more of the wiretaps, and it could entail substantial duplication of labor if heard by different judges.

Dated:   September 14, 2018           McGREGOR W. SCOTT
                                      United States Attorney

                                By:  /s/Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney