**EXHIBIT A**

LISA A. SMITTCAMP
Fresno County District Attorney
Dennis L Lewis
Senior Deputy District Attorney
2220 Tulare Street, #1000
Fresno, California 93721
(559) 600.3141

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF FRESNO

| PEOPLE OF THE STATE OF CALIFORNIA | CASE NO. F18905979 |
|---|---|
| Plaintiff, | ORDER BY FRESNO COUNTY SUPERIOR COURT ON WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| DENIS ALFARO-TORRES, | DATE: September 27, 2018 |
| Defendant. | DEPT: 71 |

The Fresno County District Attorney has filed a Criminal Complaint alleging one count of Penal Code section 182/245 – Conspiracy to Commit Assault with a Deadly Weapon, at the direction of, in association with, or for the benefit of a criminal street gang, to wit, Mara Salvatrucha, in F18905979. For this charge the defendant also stands charged that the above acts were committed in association with, at the direction of, or for the benefit of the Mara Salvatrucha criminal street gang, in violation of Penal Code section 186.22(b).

A hearing on the allegations was most recently held on September 11, 2018, in Department 54 of the Superior Court, before the Honorable Judge Gary Hoff. The defendant, Denis Alfaro-Torres, did not appear in court. The information given to the court was that defendant Denis Alfaro-Torres was, and is, in the custody of the United States Marshal, Eastern District of California. The defendant currently has scheduled an arraignment hearing on the alleged violations on September 27, 2018, at 9:00 a.m. in Department 71 of the Fresno County Superior Court. The personal presence in court of defendant Denis Alfaro-Torres is

1

necessary for further proceedings on the alleged violations.

Good cause appearing:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Department shall produce the defendant in Fresno County Superior Court, Department 71, on September 27, 2018, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshall, in the physical custody of Fresno County Jail, immediately after the proceeding has concluded on September 27, 2018.

THE COURT FURTHER ORDERS that the Fresno County Sheriff's Department shall produce the defendant for future Fresno County Superior Court proceedings with his return immediately thereafter to the Fresno County Jail and the United States Marshall's Office once the Fresno County Sheriff's Department confirms with the United States Attorney's Office, Easter District of California, that no federal court appearance conflicts with a Superior Court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or upon further order from this court.

Dated: September 14, 2018

_____
Honorable Arlen L. Harrell
Judge of the Superior Court
County of Fresno

2

LISA A. SMITTCAMP
Fresno County District Attorney
Dennis L Lewis
Senior Deputy District Attorney
2220 Tulare Street, #1000
Fresno, California 93721
(559) 600.3141

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF FRESNO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>DENIS BARRERA PALMA,<br><br>Defendant. | CASE NO. F18906010<br>F18904667<br><br>ORDER BY FRESNO COUNTY SUPERIOR COURT ON WRIT FOR HABEAS CORPUS AD PROSEQUENDUM<br><br>DATE: September 27, 2018<br>DEPT: 71 |

    The Fresno County District Attorney has filed a Criminal Complaint alleging two counts of Penal Code section 182/187 – Conspiracy to Commit Murder, at the direction of, in association with, or for the benefit of a criminal street gang, to wit, Mara Salvatrucha, in F18906010. Defendant Barrera Palma is also charge by way of a Criminal Complaint, F18904667, with a violation of Penal Code section 207 – Kidnapping, Penal Code section 273.5(a) – Corporal Injury to a Spouse, and Penal Code section 245(a)(4) – Assault by means Likely to Produce Great Bodily Injury. For each of these charges, the defendant also stands charged that the above acts were committed in association with, at the direction of, or for the benefit of the Mara Salvatrucha criminal street gang, in violation of Penal Code section 186.22(b).

    A hearing on the allegations was most recently held on September 11, 2018, in Department 54 of the Superior Court, before the Honorable Judge Gary Hoff. The defendant, Denis Barrera Palma, did not appear in court. The information given to the court was that

1

defendant Barrera Palma was, and is, in the custody of the United States Marshal, Eastern District of California. The defendant currently has scheduled an arraignment hearing on the alleged violations on September 27, 2018, at 9:00 a.m. in Department 71 of the Fresno County Superior Court. The personal presence in court of defendant Denis Barrera Palma is necessary for further proceedings on the alleged violations.

Good cause appearing:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Department shall produce the defendant in Fresno County Superior Court, Department 71, on September 27, 2018, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshall, in the physical custody of Fresno County Jail, immediately after the proceeding has concluded on September 27, 2018.

THE COURT FURTHER ORDERS that the Fresno County Sheriff's Department shall produce the defendant for future Fresno County Superior Court proceedings with his return immediately thereafter to the Fresno County Jail and the United States Marshall's Office once the Fresno County Sheriff's Department confirms with the United States Attorney's Office, Easter District of California, that no federal court appearance conflicts with a Superior Court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or upon further order from this court.

Dated: September 14, 2018

_____
Honorable Arlen L. Harrell
Judge of the Superior Court
County of Fresno

2

| | |
|---|---|
| 1 | LISA A. SMITTCAMP |
|   | Fresno County District Attorney |
| 2 | Dennis L Lewis |
|   | Senior Deputy District Attorney |
| 3 | 2220 Tulare Street, #1000 |
|   | Fresno, California 93721 |
| 4 | (559) 600.3141 |

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF FRESNO

| PEOPLE OF THE STATE OF CALIFORNIA | CASE NO. F18906010 |
|---|---|
| Plaintiff, | ORDER BY FRESNO COUNTY SUPERIOR COURT ON WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| EVER MEMBRENO, | DATE: September 27, 2018 |
| Defendant. | DEPT: 71 |

The Fresno County District Attorney has filed a Criminal Complaint alleging one count of Penal Code section 182/187 – Conspiracy to Commit Murder, at the direction of, in association with, or for the benefit of a criminal street gang, to wit, Mara Salvatrucha, in F18906010. For this charge the defendant also stands charged that the above acts were committed in association with, at the direction of, or for the benefit of the Mara Salvatrucha criminal street gang, in violation of Penal Code section 186.22(b).

A hearing on the allegations was most recently held on September 11, 2018, in Department 54 of the Superior Court, before the Honorable Judge Gary Hoff. The defendant, Ever Membreno, did not appear in court. The information given to the court was that defendant Ever Membreno was, and is, in the custody of the United States Marshal, Eastern District of California. The defendant currently has scheduled an arraignment hearing on the alleged violations on September 27, 2018, at 9:00 a.m. in Department 71 of the Fresno County Superior Court. The personal presence in court of defendant Ever Membreno is necessary for

1

further proceedings on the alleged violations.

Good cause appearing:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Department shall produce the defendant in Fresno County Superior Court, Department 71, on September 27, 2018, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshall, in the physical custody of Fresno County Jail, immediately after the proceeding has concluded on September 27, 2018.

THE COURT FURTHER ORDERS that the Fresno County Sheriff's Department shall produce the defendant for future Fresno County Superior Court proceedings with his return immediately thereafter to the Fresno County Jail and the United States Marshall's Office once the Fresno County Sheriff's Department confirms with the United States Attorney's Office, Easter District of California, that no federal court appearance conflicts with a Superior Court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or upon further order from this court.

Dated: September 14, 2018

Honorable Arlen L. Harrell
Judge of the Superior Court
County of Fresno

2