IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS BARRERA PALMA,<br>EVER MEMBRENO,<br>DENIS RODOLFO ALFARO-TORRES,<br><br>　　　　　　　Defendants. | CASE NO. 1:18-CR-00207 DAD<br><br>ORDER ALLOWING DEFENDANTS' APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM IN THE CUSTODY OF DEPUTIES OF THE FRESNO COUNTY SHERIFF'S OFFICE OR ITS AGENTS |

On September 11, 2018, the Honorable Arlan Harrell, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendants be produced in Fresno County Superior Court for further proceedings in the case of *People v. Denis Barrera Palma*, F18904667 and F18906010; *People v.Denis Rodolfo Alfaro-Torres*, F18905979; and *People v. Ever Membreno*, F18906010 may proceed. The defendants' appearance before the state court judge is necessary on September 27, 2018 at 8:30 a.m. for a status hearing. The defendants are currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. Their next appearance before the United States District Court is scheduled for September 24, 2018 at 1:00 p.m. for a status conference. It appearing that the defendants need to be present for a hearing in the state actions, and that the next court appearance in the above-entitled case will be on September 24, 2018:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendants in Fresno County Superior court on September 27, 2018 for purposes of their presence at the preliminary hearing, but shall return defendants to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on September 27, 2018. The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendants for future state court proceedings with their return immediately thereafter

1

after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance. **Defendants are not to be released for state court appearances unless in the custody of the Fresno County Sheriff's Office or their designated agents.** Under **no circumstances** is any named defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: **September 17, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE