# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENIS BARRERA-PALMA, *et al.*,<br><br>Defendants.<br>_____/ | CASE NO. 1:18-CR-00207 DAD<br>NEW CASE NO. 1:18-CR-00207 LJO<br><br>**ORDER TO RELATE ACTIONS AND**<br>**TO REASSIGN DISTRICT JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *United States of America v. Israel Rivas Gomez*, Case No. 1:18-cr-00002 LJO, and *United States of America v. Luis Reyes Castillo*, Case No. 1:18-cr-00092 LJO. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge, and no consolidation of cases is effected.

On the basis of good cause, this Court REASSIGNS this action to U.S. District Judge Lawrence J. O'Neill with new case number **1:18-cr-00207 LJO** to reflect reassignment to District Judge O'Neill. All papers shall bear the new case number **1:18-cr-00207 LJO**.

**IT IS SO ORDERED.**
**Dated: <u>September 18, 2018</u>**                 <u>      /s/ Lawrence J. O'Neill      </u>
                                                    **UNITED STATES CHIEF DISTRICT JUDGE**