McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00207-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISCOVERY; [PROPOSED] FINDINGS AND PROTECTIVE ORDER |
| v. | |
| DENIS BARRERA, ET AL., | |
| Defendants. | |

**STIPULATION**

1. As described more fully below, the parties, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, hereby stipulate and agree that the Court shall issue a protective order prohibiting defense counsel from providing copies of certain reports in the discovery provided by the Government to the defendants or any other person, other than members of the defense team who have executed and filed declarations indicating that they have read the protective order, they agree to be bound by the terms, and agree that they have received only one copy of the discovery

2. The government has represented that the discovery associated with this case includes reports of attacks on victims, which include statements by victims and witnesses to the events. The government has also represented that messages intercepted during this investigation indicated that some defendants have taken steps to discourage witnesses and victims from cooperating with law

STIPULATION RE: DISCOVERY; [PROPOSED] FINDINGS
AND PROTECTIVE ORDER

1

...

enforcement, reporting crimes, and testifying.  Additionally, the government has represented that individuals who are members or associates of MS-13 are subject to discipline if they cooperate with law enforcement.  The government further represented that MS-13 members conduct their own investigations into the identity of witnesses, victims, and their own members who violate rules.  The government therefore believes that protective measures are necessary to prevent defendants from ascertaining the identity of witnesses and victims of charged incidents, from identifying other gang members and associates who have cooperated with law enforcement or engaged in other rules violations, and from passing discovery containing such information on to other gang members and associates.

3. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

4. The parties stipulate that defense counsel will not provide copies of the reports that mention victims and witnesses, contained at Bates numbers BARRERA ET AL_001956 through BARRERA ET AL_2093 and BARRERA ET AL_MEDIA_0021, to the defendants or any other individuals who are not part of the defense team (defense attorneys, discovery coordinators, their investigators, legal assistants, or retained experts, except that if such experts are gang consultants, defense counsel must obtain permission of the Court prior to including them in the defense team capable of receiving copies of discovery). The parties agree that before the government disseminates these discovery materials, the intended recipient will execute a declaration to the Court indicating that he/she has read the Court's protective order and agrees to abide by its terms, and that defense counsel provide a declaration to the Court indicating to whom the discovery has been provided and how many copies.

5. The parties further stipulate and agree that within 20 days after finality of the instant case, as determined under the Federal Rules of Criminal Procedure and case law from the Ninth Circuit Court of Appeals and United States Supreme Court, counsel for the defendants shall return any and all copies of the protected material to the government's attorney and so certify to the government's attorney. Should any copies of the protected material have been made by defense counsel or their staff, such copies shall be returned to defense counsel within 20 days after jurisdiction in the district court ceases, and defense counsel shall return them to the government within 10 days thereafter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 27, 2018 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  September 27, 2018 | /s/ MARK A. BROUGHTON<br>MARK A. BROUGHTON<br>Counsel for Defendant<br>DENIS BARRERA-PALMA |
| Dated:  September 27, 2018 | /s/ PETER M. JONES<br>PETER M. JONES<br>Counsel for Defendant<br>MARIO ALEXANDER GARCIA |
| Dated:  September 27, 2018 | /s/ E. MARSHALL HODGKINS, III<br>E. MARSHALL HODGKINS, III<br>Counsel for Defendant<br>FRANCISCO LIZANO |
| Dated:  September 27, 2018 | /s/ MICHAEL J. AED<br>MICHAEL J. AED<br>Counsel for Defendant<br>EVER MEMBRENO |
| Dated:  September 27, 2018 | /s/ DALE A. BLICKENSTAFF<br>DALE A. BLICKENSTAFF<br>Counsel for Defendant<br>EDGAR TORRES-AMADOR |

Dated:  September 27, 2018                          /s/ ROGER D. WILSON
                                                    ROGER D. WILSON
                                                    Counsel for Defendant
                                                    JOSE WILSON NAVARETTE-
                                                    MENDEZ

Dated:  September 27, 2018                          /s/ JOHN F. GARLAND
                                                    JOHN F. GARLAND
                                                    Counsel for Defendant
                                                    DENIS RODOLFO ALFARO-
                                                    TORRES

Dated:  September 27, 2018                          /s/ NICCO CAPOZZI
                                                    NICO CAPOZZI
                                                    Counsel for Defendant
                                                    SANTOS BONILLA

Dated:  September 27, 2018                          /s/ ROGER S. BONAKDAR
                                                    ROGER S. BONAKDAR
                                                    Counsel for Defendant
                                                    HENRY BONILLA

Dated:  September 27, 2018                          /s/ DANIEL L. HARRALSON
                                                    DANIEL L. HARRALSON
                                                    Counsel for Defendant
                                                    CHRISTIAN HIDALGO

Dated:  September 27, 2018                          /s/ RICHARD A. BESHWATE
                                                    RICHARD A. BESHWATE
                                                    Counsel for Defendant
                                                    MARVIN VILLEGAS-
                                                    SEGOVIA

Dated:  September 27, 2018                          /s/ JOHN A. MEYER
                                                    JOHN A. MEYER
                                                    Counsel for Defendant
                                                    BRENDA YAJAIRA
                                                    MORALES-RUIZ

Dated:  September 27, 2018          /s/ CARRIE C. MCCREARY
                                    CARRIE C. MCCREARY
                                    Counsel for Defendant
                                    CLAUDIA ELIZABETH
                                    LIZAOLA


Dated:  September 27, 2018          /s/ GARY L. HUSS
                                    GARY L. HUSS
                                    Counsel for Defendant
                                    OSCAR ANTONIO REYES


### [PROPOSED] FINDINGS AND PROTECTIVE ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

------------------------------------------------------------
THE HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE