McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00207-LJO-SKO |
| Plaintiff, | STIPULATION REGARDING DISCOVERY; FINDINGS AND PROTECTIVE ORDER |
| v. | |
| DENIS BARRERA, ET AL., | |
| Defendants. | |

**STIPULATION**

1.      As described more fully below, the parties, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, hereby stipulate and agree that the Court shall issue a protective order prohibiting defense counsel from providing copies of certain reports in the discovery provided by the Government to the defendants or any other person, other than members of the defense team who have executed and filed declarations indicating that they have read the protective order, they agree to be bound by the terms, and agree that they have received only one copy of the discovery

2.      The government has represented that the discovery associated with this case includes reports of attacks on victims, which include statements by victims and witnesses to the events. The government has also represented that messages intercepted during this investigation indicated that some defendants have taken steps to discourage witnesses and victims from cooperating with law

STIPULATION RE: DISCOVERY; [PROPOSED] FINDINGS
AND PROTECTIVE ORDER

1

enforcement, reporting crimes, and testifying.  Additionally, the government has represented that individuals who are members or associates of MS-13 are subject to discipline if they cooperate with law enforcement.  The government further represented that MS-13 members conduct their own investigations into the identity of witnesses, victims, and their own members who violate rules.  The government therefore believes that protective measures are necessary to prevent defendants from ascertaining the identity of witnesses and victims of charged incidents, from identifying other gang members and associates who have cooperated with law enforcement or engaged in other rules violations, and from passing discovery containing such information on to other gang members and associates.

3. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

4. The parties stipulate that defense counsel will not provide copies of the reports that mention victims and witnesses, contained at Bates numbers BARRERA ET AL_001956 through BARRERA ET AL_2093 and BARRERA ET AL_MEDIA_0021, to the defendants or any other individuals who are not part of the defense team (defense attorneys, discovery coordinators, their investigators, legal assistants, or retained experts, except that if such experts are gang consultants, defense counsel must obtain permission of the Court prior to including them in the defense team capable of receiving copies of discovery). The parties agree that before the government disseminates these discovery materials, the intended recipient will execute a declaration to the Court indicating that he/she has read the Court's protective order and agrees to abide by its terms, and that defense counsel provide a declaration to the Court indicating to whom the discovery has been provided and how many copies.

5. The parties further stipulate and agree that within 20 days after finality of the instant case, as determined under the Federal Rules of Criminal Procedure and case law from the Ninth Circuit Court of Appeals and United States Supreme Court, counsel for the defendants shall return any and all copies of the protected material to the government's attorney and so certify to the government's attorney. Should any copies of the protected material have been made by defense counsel or their staff, such copies shall be returned to defense counsel within 20 days after jurisdiction in the district court ceases, and defense counsel shall return them to the government within 10 days thereafter.

1   IT IS SO STIPULATED.

Dated:  September 27, 2018                     McGREGOR W. SCOTT
                                               United States Attorney


                                               /s/ ROSS PEARSON
                                               ROSS PEARSON
                                               Assistant United States Attorney




Dated:  September 27, 2018                     /s/ MARK A. BROUGHTON
                                               MARK A. BROUGHTON
                                               Counsel for Defendant
                                               DENIS BARRERA-PALMA


Dated:  September 27, 2018                     /s/ PETER M. JONES
                                               PETER M. JONES
                                               Counsel for Defendant
                                               MARIO ALEXANDER
                                               GARCIA


Dated:  September 27, 2018                     /s/ E. MARSHALL
                                               HODGKINS, III
                                               E. MARSHALL HODGKINS,
                                               III
                                               Counsel for Defendant
                                               FRANCISCO LIZANO


Dated:  September 27, 2018                     /s/ MICHAEL J. AED
                                               MICHAEL J. AED
                                               Counsel for Defendant
                                               EVER MEMBRENO


Dated:  September 27, 2018                     /s/ DALE A. BLICKENSTAFF
                                               DALE A. BLICKENSTAFF
                                               Counsel for Defendant
                                               EDGAR TORRES-AMADOR

| | |
|---|---|
| Dated:  September 27, 2018 | /s/ ROGER D. WILSON<br>ROGER D. WILSON<br>Counsel for Defendant<br>JOSE WILSON NAVARETTE-MENDEZ |
| Dated:  September 27, 2018 | /s/ JOHN F. GARLAND<br>JOHN F. GARLAND<br>Counsel for Defendant<br>DENIS RODOLFO ALFARO-TORRES |
| Dated:  September 27, 2018 | /s/ NICCO CAPOZZI<br>NICO CAPOZZI<br>Counsel for Defendant<br>SANTOS BONILLA |
| Dated:  September 27, 2018 | /s/ ROGER S. BONAKDAR<br>ROGER S. BONAKDAR<br>Counsel for Defendant<br>HENRY BONILLA |
| Dated:  September 27, 2018 | /s/ DANIEL L. HARRALSON<br>DANIEL L. HARRALSON<br>Counsel for Defendant<br>CHRISTIAN HIDALGO |
| Dated:  September 27, 2018 | /s/ RICHARD A. BESHWATE<br>RICHARD A. BESHWATE<br>Counsel for Defendant<br>MARVIN VILLEGAS-SEGOVIA |
| Dated:  September 27, 2018 | /s/ JOHN A. MEYER<br>JOHN A. MEYER<br>Counsel for Defendant<br>BRENDA YAJAIRA MORALES-RUIZ |

|  |  |
|---|---|
| Dated:  September 27, 2018 | /s/ CARRIE C. MCCREARY<br>CARRIE C. MCCREARY<br>Counsel for Defendant<br>CLAUDIA ELIZABETH LIZAOLA |
| Dated:  September 27, 2018 | /s/ GARY L. HUSS<br>GARY L. HUSS<br>Counsel for Defendant<br>OSCAR ANTONIO REYES |

**FINDINGS AND PROTECTIVE ORDER**

So found.

IT IS SO ORDERED.

Dated:  **September 27, 2018**          **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES CHIEF DISTRICT JUDGE