1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   ROSS PEARSON
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

   Attorneys for Plaintiff
7  United States of America

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-LJO-SKO |
|---|---|
| PLAINTIFF, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER (NOTE DATE CHANGE) |
| v. | |
| ISRAEL RIVAS-GOMEZ, ET AL., | DATE: January 14, 2019 |
| DEFENDANTS. | TIME: 3:00 p.m. COURT: Hon. Lawrence J. O'Neill |
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| V. | CASE NO. 1:18-CR-00092-LJO-SKO |
| LUIS REYES CASTILLO, ET AL. | |
| DEFENDANTS. | |
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| V. | |
| DENIS BARRERA-PALMA, ET AL. | CASE NO. 1:18-CR-00207-LJO-SKO |
| DEFENDANTS. | |

**STIPULATION**

1.    By previous order, this matter was set for status on January 14, 2019.

2. The parties stipulate to continue the status conference until February 25, 2019, at 3:00 p.m., and to exclude time between January 14, 2019, and February 25, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that to date, it has produced voluminous discovery in these cases, including: over 2,500 pages of wiretap applications and orders; 75 reports from the Fresno Sheriff's Office and the California Department of Justice; wiretap data, pen register data, and precise location data totaling 186,000 files or 45 gigabytes of data; search warrant photos for multiple locations, totaling over 8 gigabytes of data; surveillance footage; criminal histories; and interview reports and audio.

b) The government further represents that it will produce additional discovery, consisting of: almost 900 reports from FBI, HSI, and California Department of Justice; search warrants; forensic reports (as the forensic reports are completed); approximately 75 cell phone reports, consisting of half a terabyte of data; returns from Facebook search warrants; and additional surveillance footage. Some of these items will be made available to defense (via Maximus) and made available for inspection and copying by the end of the month of January.

c) Counsel for defendants desire additional time to review this voluminous discovery, discuss the charges with their clients, conduct research related to the charges, discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

d) Counsel for defendants believe that a continuance will provide them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government is in agreement with and shares in the request for the continuance for the reasons noted herein.

f) As to the status of the case, the government represents that *Rivas-Gomez, et al*, is under review at the Capital Crimes Unit. The government is aware that the review process is moving forward, but does not know when it will receive final word as to whether the government will seek or not seek the death penalty.

g) For several reasons, including to improve efficiency of the overall case

proceeding forward, the government does not intent to include *Rivas-Gomez, et al* in a proposed RICO indictment.

h) The government has not completed preparation of a draft RICO indictment, but anticipates doing so within the next week.

i) At the last status conference, the Court directed that the government know whether any proposed RICO indictment is approved and that the Capital Crimes Unit provide an indication as to whether it would move forward with a seek or no-seek recommendation prior to the next status/scheduling conference set for January 14, 2019. However, several unanticipated factors arose since the December 3, 2018 status conference that affect the progress of these events. First, there has been a shift in personnel that affected staffing – several attorneys have been on extended leave due to family/medical issues, including one assigned to work on this case. Additionally, several attorneys have left/will shortly be leaving the office such that workloads had to be shifted to other attorneys. The government shutdown, which began on or about December 21, 2018, has impacted progress in the case as well. The government has been mindful of and diligent in its efforts to meet the Court's deadlines – over the holidays, undersigned counsel took leave only as follows: a half day on 12/24, 12/25 and 1/1. Otherwise, she worked evenings and weekends. However, the above-matters in various ways impacted the overall capacity of the team to meet the Court's deadlines.

j) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

k) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2019 to February 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii), and (B)(iv) because it is complex due to the number of defendants and nature of the prosecution, and results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 10, 2019   McGREGOR W. SCOTT
                          United States Attorney


                          /s/ KIMBERLY A. SANCHEZ
                          KIMBERLY A. SANCHEZ
                          Assistant United States Attorney


Dated: January 10, 2019   /s/ DON KNIGHT
                          DON KNIGHT
                          Counsel for Defendant
                          ISRAEL ALBERTO RIVAS GOMEZ
                          (authorized by email on January 10, 2019)


Dated: January 10, 2019   /s/ Marcia Morrissey
                          MARCIA MORRISSEY
                          Counsel for Defendant
                          MARCOS CASTRO
                          (authorized by email on 1/10/19)


Dated: January 10, 2019   /s/ Marc Days
                          MARC DAYS
                          Counsel for Defendant
                          LUIS REYNALDO REYES CASTILLO
                          (authorized by email on 1/10/19)

| | | |
|---|---|---|
| Dated: January 10, 2019 | | /s/ MARC KAPETAN |
| | | MARC KAPETAN |
| | | Counsel for Defendant |
| | | JOSE AUDON REYES BARRERA |
| | | (authorized by email on January 10, 2019) |
| Dated: January 10, 2019 | | /s/ Mark Broughton |
| | | MARK A. BROUGHTON |
| | | Counsel for Defendant |
| | | DENIS BARRERA-PALMA |
| | | (authorized by phone on 1/10/19) |
| Dated: January 10, 2019 | | /s/ Peter Jones |
| | | PETER M. JONES |
| | | Counsel for Defendant |
| | | MARIO ALEXANDER GARCIA |
| | | (authorized by email on 1/10/19) |
| Dated: January 10, 2019 | | /s/ E. MARSHALL HODGKINS |
| | | E. MARSHALL HODGKINS, III |
| | | Counsel for Defendant |
| | | FRANCISCO LIZANO |
| | | (authorized by email on January 10, 2019) |
| Dated: January 10, 2019 | | /s/ MICHAEL J. AED |
| | | MICHAEL J. AED |
| | | Counsel for Defendant |
| | | EVER MEMBRENO |
| | | (authorized by email on January 10, 2019) |
| Dated: January 10, 2019 | | /s/ Dale Blickenstaff |
| | | DALE A. BLICKENSTAFF |
| | | Counsel for Defendant |
| | | EDGAR TORRES-AMADOR |
| | | (authorized by email on 1/10/19) |

| | |
|---|---|
| Dated: January 10, 2019 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>LORENZO AMADOR<br>(authorized by email on January 10, 2019) |
| Dated: January 10, 2019 | /s/ Roger Wilson<br>ROGER D. WILSON<br>Counsel for Defendant<br>JOSE WILSON NAVARETTE-MENDEZ<br>(authorized by email on 1/10/19) |
| Dated: January 10, 2019 | /s/ John Garland<br>JOHN F. GARLAND<br>Counsel for Defendant<br>DENIS RODOLFO ALFARO-TORRES<br>(authorized by email on 1/10/19) |
| Dated: January 10, 2019 | /s/ NICHOLAS CAPOZZI<br>NICHOLAS CAPOZZI<br>Counsel for Defendant<br>SANTOS BONILLA<br>(authorized by email on January 10, 2019) |
| Dated: January 10, 2019 | /s/ Roger Bonakdar<br>ROGER S. BONAKDAR<br>Counsel for Defendant<br>HENRY BONILLA<br>(authorized by email on 1/10/19) |
| Dated: January 10, 2019 | /s/ Daniel Harralson<br>DANIEL L. HARRALSON<br>Counsel for Defendant<br>CHRISTIAN HIDALGO<br>(authorized by email on 1/10/19) |

| Dated: January 10, 2019 | /s/ Richard Beshwate |
|---|---|
| | RICHARD A. BESHWATE |
| | Counsel for Defendant |
| | MARVIN VILLEGAS-SEGOVIA |
| | (authorized by email on 1/10/19) |

| Dated: January 10, 2019 | /s/ JOHN A. MEYER |
|---|---|
| | JOHN A. MEYER |
| | Counsel for Defendant |
| | BRENDA YAJAIRA MORALES-RUIZ |
| | (authorized by email on January 10, 2019) |

| Dated: January 10, 2019 | /s/ Carrie McCreary |
|---|---|
| | CARRIE C. McCREARY |
| | Counsel for Defendant |
| | CLAUDIA ELIZABETH LIZAOLA |
| | (authorized by email on 1/10/19) |

| Dated: January 10, 2019 | /s/ GARY L. HUSS |
|---|---|
| | GARY L. HUSS |
| | Counsel for Defendant |
| | OSCAR ANTONIO REYES |
| | (authorized by email on January 10, 2019) |

**FINDINGS AND ORDER**

IT IS SO FOUND. THAT SAID, THE COURT IS UNAVAILABLE ON THE DATE OF FEBRUARY 25TH AT THAT TIME. THE MATTER, THEREFORE IS CONTINUED TO MARCH 4, 2019 AT 3:00 P.M.

IT IS SO ORDERED.

| Dated: **January 11, 2019** | /s/ Lawrence J. O'Neill |
|---|---|
| | UNITED STATES CHIEF DISTRICT JUDGE |