# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:18-cr-00207-LJO-EPG |
| Plaintiff, | **ORDER DENYING MOTION TO SEVER AS PREMATURE** |
| v. | |
| **LORENZO AMADOR,** | **(ECF NO. 235)** |
| Defendant. | |

    The Court has received and reviewed Defendant Lorenzo Amador's Motion to Sever. ECF No. 235. Most of the motion simply cites general severance law. When counsel arrives at the reason for the motion at page 3, lines 15-22, it is clear that the motion is made prematurely. It is DENIED.

IT IS SO ORDERED.

    Dated: __October 30, 2019__            /s/ Lawrence J. O'Neill
                                                     UNITED STATES CHIEF DISTRICT JUDGE