# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO AMADOR et al.,<br><br>Defendants.<br>_____/ | Case No. 1:18-cr-00297-SKO<br><br>**ORDER ON DEFENDANT'S LORENZO AMADOR'S MOTION FOR FURTHER DISCOVERY AND INSPECTION**<br><br>**(Docs. 217, 218)**<br><br>**ORDER ON DEFENDANT'S MOTION** |

On November 4, 2019, the Court conducted a hearing on Defendant Lorenzo Amador's Motion for Discovery and Inspection, Doc. 217 (Discovery Motion), and Defendant's Motion for Identification of Acts to be Offered as "RICO" Evidence and for Notice of Other Acts Evidence Under Rule 404(b)(2)[1], Doc. 218 (RICO and Other Acts Motion).

As set forth on the record, the Court rules on the motions as follow:

A.  Discovery Motion

1.  Request for Unredacted Wiretap Affidavits

The parties have resolved this request with the exception of the identity and location of victims and percipient witnesses to the alleged crimes. (Doc. 217.) The identity and location of

---

[1] Defendants Denis Barrera-Palma, Mario Alexander Garcia, Francisco Lizano, Denis Rodolfo Alfaro-Torres, Edgar Torres-Amador and Christian Hidalgo filed joinders in this motion.

victims and percipient witnesses to the alleged crimes shall be provided by the government to the extent such disclosure is required pursuant Rule 16 of the Federal Rules of Criminal Procedure. Any motion to discover the identity of informants shall be heard by the assigned Judge. *See* Local Rules of the United States District Court for the Eastern District of California (L.R.) 302(b)(1), 430.1(b).

    2.    Request for Re-Surveillance Notes to Verify Phone Use

This request is denied. It does not fall within the government's required disclosures under Rule 16 of the Federal Rules of Criminal Procedure and Defendant has provided no authority for the production of this information at this time.

    3.    Request for Photo Lineups

The government states that it has provided Defendant with photo lineups consistent with the requirements of Rule 16. The parties shall meet and confer to address any chain of custody issues by November 15, 2019.

    4.    Request for Cell Site Information

The government has complied with this request.

B.    "RICO" and Other Acts Motion

The Court ordered the parties to meet and confer to arrive at a mutually agreeable date for the production of this evidence pursuant to the "reasonable notice" requirement of Rule 404(b)(2). If the parties are unable to do so, the Court will set a production date at the status conference set for November 18, 2019.

IT IS SO ORDERED.

Dated:   **November 12, 2019**           /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE