# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:18-cr-00207-LJO-SKO |
| Plaintiff, | **ORDER RE MOTION TO SUPPRESS/SUPPLEMENTAL MOTION TO SUPPRESS** |
| v. | |
| LORENZO AMADOR, | (ECF NOS. 226 & 232) |
| Defendant. | |

The Court has received and reviewed the Defendant's Motion to Suppress/Request for a Franks Hearing, Defendant's Supplemental Motion, the Government's Oppositions, and the Defense Replies.

The bases of the motion include the alleged invalidity of the wiretaps and the alleged untimeliness of the execution of the Search Warrants.

The briefing on both sides is clear as to fact, law, position, and argument. As a result:

1. The hearing currently set for January 10, 2020 is not needed and is vacated;

2. The Motion to Suppress and Supplemental Motion to Suppress, Including the Request for a Franks hearing, are Denied on the following grounds:

    a. The Court incorporates by reference Document 247 at pages

        1: 18-23

        1:25-2:15

        3:7-8

        3:24-10:2

1

1. 13:7-14:11
2. 16:7-18:19
3. 21:6-22:8
4. 22:15-23:14
5. 23:24-28
6. 24:20-28:24

    b.    The Court incorporates by reference Document 248

7. 2:10-3:17
8. 4:21-6:6
9. 6:10-8:11
10. 9:4-16
11. 10:6-8.

IT IS SO ORDERED.

Dated: **January 6, 2020**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE