McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS BARRERA-PALMA,<br><br>　　　　　　　　Defendant. | CASE NO.  1:18-CR-207-NONE<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: July 10, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　　By previous order, this matter was set for sentencing on July 10, 2020.

2.　　By this stipulation, the parties now move to continue the sentencing hearing until November 12, 2020.

3.　　The parties anticipate that an evidentiary hearing may be necessary at sentencing. The United States anticipates that this hearing may take at least a few hours and require live testimony of multiple witnesses. Currently, due to the public health concerns cited by the Court in its General Orders regarding the COVID-19 pandemic and declarations of judicial emergency, a continuance is apt in this case because it will allow the witnesses to testify in person. A continuance will also give the parties adequate time to prepare for an evidentiary hearing.

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER

1

4. In addition, the resolution of other cases involving the defendant, which are currently pending in state court, may also affect the sentencing hearing in this case. By continuing the hearing to November 12, 2020, the parties hope that these cases will be resolved, which will narrow the issues for sentencing and evidentiary hearing.

5. The parties therefore agree, and ask that the Court find, that good cause exists to continue the sentencing hearing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 15, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  June 15, 2020 | /s/ MARK A. BROUGHTON<br>MARK A. BROUGHTON<br>Counsel for Defendant<br>DENIS BARRERA-PALMA<br>(Authorized by email on June 15, 2020) |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **June 16, 2020**                          _Dale A. Drozd_
                                                                UNITED STATES DISTRICT JUDGE