Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorneys for Defendant, DENIS BARRERA-PALMA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DENIS BARRERA-PALMA,<br><br>   Defendant. | Case No.: 1:18-CR-0207 NONE SKO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

  IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Denis Barrera-Palma, and Assistant United States Attorneys, Kimberly Sanchez and Ross Pierson, that the Sentencing Hearing set for November 12, 2020, at 8:30a.m., be continued to January 20, 2021 at 8:30 a.m.

  The Stipulation is based on good cause. This continuance is requested by counsel for Defendant Barrera-Palma, due to the fact that counsel needs more time to file responses to probation report and to be able to attend the Government's evidentiary hearing. Counsel for Defendant has communicated with A.U.S.A, Kimberly Sanchez, who has no objections to this continuance.

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  October 16, 2020                    /s/ Kimberly Sanchez__
                                                 KIMBERLY SANCHEZ
                                                 Assistant United States Attorney

DATED:  October 16, 2020                    /s/ Ross Pierson
                                                 ROSS PIERSON
                                                 Assistant United States Attorney

DATED: October 16, 2020                     /s/Mark A. Broughton
                                               MARK A. BROUGHTON
                                             Attorney for DENIS BARRERA-PALMA

ORDER

IT IS SO ORDERED.

Dated:  **October 16, 2020**                    /s/ Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE