Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorneys for Defendant, DENIS BARRERA-PALMA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DENIS BARRERA-PALMA, <br><br> Defendant. | Case No.: 1:18-CR-0207 NONE SKO <br><br> **JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Denis Barrera-Palma, and Assistant United States Attorneys, Kimberly Sanchez and Ross Pierson, that the Sentencing Hearing set for January 20, 2021, at 8:30a.m., be continued to March 10, 2021 at 8:30 a.m.

The Stipulation is based on good cause. This continuance is requested by counsel for Defendant Barrera-Palma, due to the fact that counsel needs more time to file responses to probation report. Counsel for Defendant has communicated with A.U.S.A, Kimberly Sanchez, who has no objections to this continuance.

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  December 28, 2020                          /s/ Kimberly Sanchez_____
                                                                          KIMBERLY SANCHEZ
                                                                    Assistant United States Attorney


DATED:  December 28, 2020                          /s/ Ross Pierson_____
                                                                          ROSS PIERSON
                                                                    Assistant United States Attorney


DATED: December 28, 2020                           /s/Mark A. Broughton_____
                                                                    MARK A. BROUGHTON
                                                                     Attorney for DENIS BARRERA-PALMA


## ORDER

IT IS SO ORDERED.

Dated:  **December 29, 2020**          _____
                                                          UNITED STATES DISTRICT JUDGE