Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorney for Defendant, DENIS BARRERA-PALMA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DENIS BARRERA-PALMA,<br><br>    Defendant. | Case No.: 1:18-CR-00207<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

    IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Denis Barrera-Palma, and Assistant United States Attorneys, Kimberly A. Sanchez and Ross Pearson, that the Sentencing Hearing set for May 21, 2021, at 10:00a.m., be continued to June 25, 2021 at 10:00 a.m.

    The Stipulation is based on good cause. This continuance is requested by counsel for Defendant Barrera-Palma, because counsel needs more time to file responses to probation report. Counsel for Defendant has communicated with A.U.S.A, Ross Pearson, who has no objections to this continuance.

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  May 12, 2021                     /s/ Kimberly Sanchez
                                                      KIMBERLY SANCHEZ
                                                      Assistant United States Attorney

DATED:  May 12, 2021                     /s/ Ross Pearson
                                                      ROSS PEARSON
                                                      Assistant United States Attorney

DATED:  May 12, 2021                     /s/Mark A. Broughton
                                                    MARK A. BROUGHTON
                                                    Attorney for DENIS BARRERA-PALMA

## ORDER

IT IS SO ORDERED.

    Dated:  **May 12, 2021**                    _____
                                                        UNITED STATES DISTRICT JUDGE