PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-207-NONE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | DATE: June 25, 2021 |
| DENIS BARRERA-PALMA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to continue the sentencing hearing, currently set for June 25, 20221, to July 16, 2021, at 9:30 a.m. Counsel for the defendant has worked diligently to research and file a sentencing memorandum in this case, but he needs additional time to finalize the sentencing memorandum given the complex legal issues in this sentencing hearing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 16, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: June 16, 2021 | /s/ MARK BROUGHTON<br>MARK BROUGHTON<br>Counsel for Defendant<br>DENIS BARRERA-PALMA<br>(Authorized by email on June 16, 2021) |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **June 16, 2021**                            *Dale A. Drozd*
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING            2