Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorney for Defendant, DENIS BARRERA-PALMA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br><br> DENIS BARRERA-PALMA, <br>     Defendant. | Case No.: 1:18-CR-0207 <br><br> **JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

      IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Denis Barrera-Palma, and Assistant United States Attorneys, Kimberly A. Sanchez, and Ross Pearson, that the Sentencing Hearing set for August 12, 2021, at 9:30a.m., be continued to October 21, 2021 at 9:30 a.m.

      The Stipulation is based on good cause.  This continuance is requested by counsel for Defendant Barrera-Palma, because counsel needs more time to file responses to probation report. Counsel for Defendant has communicated with A.U.S.A, Ross Pearson, who has no objections to this continuance.

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  August 10, 2021            /s/ Kimberly Sanchez
                                   KIMBERLY SANCHEZ
                                   Assistant United States Attorney

DATED:  August 10, 2021            /s/ Ross Pearson
                                   ROSS PEARSON
                                   Assistant United States Attorney

DATED:  August 10, 2021            /s/Mark A. Broughton
                                   MARK A. BROUGHTON
                                   Attorney for DENIS BARRERA-PALMA

ORDER

The court will adopt the parties' stipulation.  However, no further extensions of time will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **August 10, 2021**            /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE