Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorney for Defendant, DENIS BARRERA-PALMA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DENIS BARRERA-PALMA,<br><br>   Defendant. | Case No.: 1:18-CR-0207<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

    IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Denis Barrera-Palma, and Assistant United States Attorneys, Kimberly A. Sanchez, and Ross Pearson, that the Sentencing Hearing set for October 21, 2021, at 9:30a.m., be continued to January 18, 2022, at 10:00a.m..

    The Stipulation is based on good cause.  This continuance is requested by counsel for Defendant Barrera-Palma because counsel has recently received additional reports.  Counsel for Defendant has communicated with A.U.S.A, Ross Pearson, who has no objections to this continuance.

1

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  October 18, 2021                                 /s/ Kimberly Sanchez
                                                         KIMBERLY SANCHEZ
                                                         Assistant United States Attorney


DATED:  October 18, 2021                                 /s/ Ross Pearson
                                                         ROSS PEARSON
                                                         Assistant United States Attorney


DATED:  October 18, 2021                                 /s/Mark A. Broughton
                                                         MARK A. BROUGHTON
                                                         Attorney for DENIS BARRERA-PALMA


ORDER

IT IS SO ORDERED.

Dated:  **October 18, 2021**                             _____
                                                         UNITED STATES DISTRICT JUDGE